UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE BANUELOS,<br><br>                              Plaintiff,<br><br>     v.<br><br>CINCINNATI INSURANCE<br>COMPANY,<br><br>                              Defendant. | NO:  4:14-CV-5110-TOR<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

BEFORE THE COURT is the parties' proposed Stipulation and Order of Dismiss (ECF No. 12).  The parties stipulated that all claims that were - or could have been - brought between them in this case have been fully settled and that an Order may be entered by this Court dismissing this case with prejudice and without any award of costs or fees to any party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties'
stipulation, the above action, including all claims, are **DISMISSED** with prejudice
and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish
copies to counsel, and **CLOSE** the file.

**DATED** November 5, 2015.



THOMAS O. RICE
United States District Judge